UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Clayton Reed,

    Plaintiff,

    v.                                                    Case No. 2:16-cv-2

Commissioner of Social Security,                      Judge Michael H. Watson

    Defendant.

## ORDER

On September 27, 2017, Magistrate Judge Deavers issued a report and recommendation ("R&R") recommending the Court grant Plaintiff's motion for attorney's fees and award Plaintiff attorney's fees in the amount of $5,775.00. R&R, ECF No. 23. The R&R notified the parties of their right to object and specifically warned the parties of the consequences of failing to object. The time for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R without further review, **GRANTS** Plaintiff's motion for attorney's fees, ECF No. 19, and **AWARDS** Plaintiff attorney's fees in the amount of $5,775.00.

    **IT IS SO ORDERED.**

_Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**